CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
July 28, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ABRAHAM IRAHETA, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:22-cv-00420 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| MR. STREEVAL, *et al.*, ) | By:  Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Abraham Iraheta, proceeding *pro se,* filed this civil-rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), against various officials employed by the Federal Bureau of Prisons. (*See* Compl. [ECF No. 1].)

On June 12, 2025, upon learning that Plaintiff had been released from incarceration, the court informed Plaintiff that he was no longer subject to the provisions of the Prison Litigation Reform Act and ordered Plaintiff to pay the full civil filing fee and related administrative fee within 30 days. (Order, June 12, 2025 [ECF No. 34].) The court cautioned Plaintiff that "[f]ailure to pay the fee in full or otherwise respond to [the] Order within the time allowed and to maintain an address of record shall result in the immediate dismissal of this action." (*Id.* at 1.)

More than 30 days have passed, and Plaintiff has not paid the full filing fee as ordered. The court will therefore dismiss this action without prejudice based on Plaintiff's failure to comply with the court's order and failure to pay the filing fee. *See* Fed. R. Civ. P. 41(b); 28 U.S.C. § 1914.

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 28th day of July, 2025.

                                                */s/ Thomas T. Cullen*
                                                HON. THOMAS T. CULLEN
                                                UNITED STATES DISTRICT JUDGE